UNITED STATES DISTRICT COURT **SUPPRESSED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAY 1 3 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )  No.
vs.                        )
                           )
RYAN GILLESPIE a/k/a       )  **4:26CR00225 CMS SRW**
RYAN DIAMOND,              )
                           )
        Defendant.         )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1.      The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

2.      Between on or about May 1, 2023, and March 26, 2024, in the Eastern District of Missouri, and elsewhere,

**RYAN GILLESPIE a/k/a RYAN DIAMOND,**

the Defendant herein, with the intent to harass and intimidate other person, Victim 1, used any interactive computer service and electronic communication system of interstate commerce, and any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause and would be reasonably expected to cause substantial emotional distress to that person, Victim 1.

In violation of Title 18 USC 2261A(2)(B).

A TRUE BILL

_____

FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____

COLLEEN C. LANG, #56872MO
Assistant United States Attorney