IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:26CR00225 CMS SRW |
| | ) | |
| | ) | |
| RYAN GILLESPIE, | ) | |
| | ) | |
| Defendants. | ) | |

## PROTECTIVE ORDER

The United States of America's Motion for a Protective Order is hereby considered and granted.  Accordingly, it is hereby ORDERED:

1. The United States shall release a copy of the pretrial discovery to defense counsel of record as identified in the United States' Motion for a Protective Order in the above-captioned case.  The discovery subject to this Protective Order shall be:

   a) "Extraction_FFS_2024-04-03_Report Gillespie Cell Phone"

   b) The Instant Checkmate Reports located within the "Best" file and marked with the following page numbers: USA – 012446 through USA – 012670 and USA-012774 through USA -012877.

2. The defendant or his attorney(s) are prohibited from disclosing or disseminating the pretrial discovery listed above to any person other than the following individuals: (1) the defendant; (2) other counsel within the Federal Public Defender's Officer that are assisting in the pending case; (3) an associate, paralegal, stenographic or clerical staff member, but only if he or she is an employee or partner of defendant's counsel of record; (4) translator; (5) such independent experts as may be retained by defense counsel of record to furnish technical or expert services or

give testimony in this case; (6) retained mitigation specialist(s); and (7) other persons after notice to the United States and upon further order of this Court and upon a showing of particularized need.

3.	If defendant or his attorney(s) have, prior to the entry of this Protective Order, previously copied, released or disseminated the pretrial discovery in this case to any person encompassed under subsection (2) above, notice to the United States shall be given to the United States as to each person, including the person's name, address and current telephone number, and a showing of particularized need shall be made to the Court.

4.	Nothing in this Protective Order is intended to prevent or impede defense counsel of record's showing protective discovery to and discussing protected discovery with their named-defendant client, but counsel of record shall not provide copies of protected discovery to their named-defendant client.

5.	This Protective Order may be modified by further order of the Court.

SO ORDERED this 16th day of June, 2026.

_____
HONORABLE STEPHEN WELBY
UNITED STATES MAGISTRATE JUDGE